# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| HENRY LUJAN, et al., ) | |
| Plaintiff(s), ) | Case No. 2:16-cv-02694-RFB-NJK |
| vs. ) | |
| GORDON WESLEY THOMAS, et al., ) | ORDER |
| Defendant(s). ) | (Docket No. 7) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order.  Docket No. 7.  The proposed discovery plan does not contain the certifications required by Local Rule 26-1(b)(7)-(9).  Additionally, the discovery cutoff is measured from the date the first defendant answered or otherwise appeared, and if the parties wish to request a longer discovery period, they must request special scheduling review.  *See* Local Rule 26-1(a).  Finally, the parties misstate LR 26-4.

Accordingly, the proposed discovery plan and scheduling order is hereby **DENIED** without prejudice.  No later than January 23, 2017, the parties shall file a new proposed discovery plan and scheduling order that complies with the Local Rules.

IT IS SO ORDERED.

DATED: January 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge