BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:16-cv-02694 <br><br><br> **STIPULATION AND ORDER TO AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Giovanny A. Gonzalez, a minor, by and through his parent and natural guardian, Miguel A. Glez, Liliana Gramajo, a minor, by and through her parent and natural guardian Ilsa Gramajo and Defendants, Gordon Wesley Thomas, Swift Transportation Company and Swift Transportation Co. of Arizona,

by and through their respective attorneys of record, advise the court that Giovanny A. Gonzalez and Liliana Gramajo have attained legal age and that the caption be amended to reflect Giovanny A. Gonzalez and Liliana Gramajo as proper party Plaintiffs.

Dated this _16_ day of _Sept_, 2017

Dated this _15_ day of _September_ 2017

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV 89102
P: 702- 474-7229
F: 702-474-7237
Attorneys for Defendants

By: _____
Ralph A. Schwartz, Esq.
Nevada Bar No. 005488
RALPH A. SCHWARTZ, P.C.
400 South Seventh Street, Suite 100
Las Vegas, NV 89101
T: 702-888-5291
F: 702-888-5292
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: September 19, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2