BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:16-cv-02694 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Giovanny A. Gonzalez, Laura Rocha and Eduardo Gonzalez-Chavez and Defendants, Gordon Wesley Thomas, Swift Transportation Company and Swift Transportation Co. of Arizona, by and through their respective attorneys of record, that the above-entitled claims of these Plaintiffs be dismissed with prejudice, each party to bear their own costs and fees.

1

This Stipulation and Order does not affect the claims or defenses of the remaining Plaintiffs.

Dated this 19 day of Sept, 2017      Dated this 15 day of Sept, 2017

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV 89102
P: 702- 474-7229
F: 702-474-7237
Attorneys for Defendants

By: _____
Ralph A. Schwartz, Esq.
Nevada Bar No. 005488
RALPH A. SCHWARTZ, P.C.
400 South Seventh Street, Suite 100
Las Vegas, NV 89101
T: 702-888-5291
F: 702-888-5292
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED this** 21st **day of** September **, 2017.**

_____
RICHARD F. BOULWARE, II
United States District Judge

2