RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; MARIA O. GONZALEZ, an individual; BERENICE M. GONZALEZ, an individual; LAURA ROCHA, an individual; EDUARDO GONZALEZ-CHAVEZ, an individual; LILIANA GRAMAJO, a Minor, by and through her parent and natural guardian ILSA GRAMAJO; ALEXIS O. GONZALEZ, a Minor, by and through his parent and natural guardian MIGUEL A. GLEZ; GIOVANNY A. GONZALEZ, a Minor, by and through his parent and natural guardian MIGUEL A. GLEZ; ANGEL E. GONZALEZ, a Minor, by and through his parent and natural guardian EDUARDO GONZALEZ; LEONARDO GONZALEZ, a Minor, by and through his parent and natural guardian EDUARDO GONZALEZ;<br><br>Plaintiff,<br><br>vs.<br><br>GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | CASE NO.: 2:16-cv-02694-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DEADLINES** |

Defendants.

COMES NOW Plaintiffs, by and through their counsel of record, RALPH A. SCHWARTZ, ESQ., and Defendant, by and through their counsel of record, BRUCE S. DICKINSON, ESQ., and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the expert disclosure deadline in the above captioned matter currently set for September 24, 2017 shall be extended two (2) weeks, to October 9, 2017. The extension is requested due to Plaintiff's expert, Andrew M. Cash, M.D., being out of state and his report shall not be completed prior to the current deadline.

IT IS FURTHER STIPULATED AND AGREED that the deadline for rebuttal experts shall be extended from October 23, 2017, to November 6, 2017.

IT IS FURTHER STIPULATED AND AGREED that all other deadlines previously set forth are to remain in effect.

Dated this 21st day of September, 2017.

RALPH A. SCHWARTZ, P.C.

/s/ Ralph A. Schwartz, Esq.
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Plaintiffs

Dated this 21st day of September, 2017.

STEPHENSON & DICKINSON

/s/ Bruce S. Dickinson, Esq.
BRUCE S. DICKINSON, ESQ.
Nevada Bar No. 2297
2820 West Charleston Blvd., Suite 19B
Las Vegas, Nevada 89102
Attorneys for Defendants

## ORDER

Pursuant to the foregoing Stipulation of the parties;

IT IS HEREBY ORDEREED that the expert disclosure deadline in the above captioned matter currently set for September 24, 2017 shall be extended two (2) weeks, to October 9, 2017.

2

IT IS FURTHER ORDERED that the deadline for rebuttal experts shall be extended from October 23, 2017, to November 6, 2017.

IT IS FURTHER ORDERED that all other deadlines previously set forth are to remain in effect.

Dated this __22__ day of September, 2017.

_____
U.S. MAGISTRATE JUDGE

Submitted By:

RALPH A. SCHWARTZ, P.C.

*/s/ Ralph A. Schwartz, Esq.*
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Plaintiffs