BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02694<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Liliana Gramajo and Defendants, Gordon Wesley Thomas, Swift Transportation Company and Swift Transportation Co. of Arizona, by and through their respective attorneys of record, that the above-entitled claims of this Plaintiff be dismissed with prejudice, each party to bear their own costs and fees.

The claims of the remaining Plaintiffs will proceed in the normal course.

1

Dated this 12 day of OCT, 2017      Dated this 11 day of October 2017

By: /s/ Bruce Dickinson
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV 89102
P: 702- 474-7229
F: 702-474-7237
Attorneys for Defendants

By: /s/ Ralph A Schwartz
Ralph A. Schwartz, Esq.
Nevada Bar No. 005488
RALPH A. SCHWARTZ, P.C.
400 South Seventh Street, Suite 100
Las Vegas, NV 89101
T: 702-888-5291
F: 702-888-5292
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 16th day of October, 2017.

RICHARD F. BOULWARE, II
United States District Judge

2