BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual, | CASE NO.: 2:16-CV-02694-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by Defendants and Plaintiff, by and through their undersigned counsel, that discovery be extended 109 days beyond the Discovery Schedule in the Discovery Plan dated June 6, 2017 (Document No. 19).

Per Federal Rules of Civil Procedure 16(b), and Local Rule 26-4 the following is included in support of the proposed 90 day extension to the Discovery Schedule:

1. Local Rule 26-4(a) Statement: See Exhibit A.
2. Local Rule 26-4(b) Statement: See Exhibit B.

1

3. <u>Local Rule 26-4(c) Statement</u>: The parties are requesting this extension in order to mediate. The mediation is scheduled for January 17, 2018 with David Wall, Esq. The extension will allow the parties to position the case for settlement; and avoid the cost of retaining rebuttal experts prior to the mediation.

   a) <u>Discovery Cut-Off Dates.</u> The last day to conduct Discovery shall be Friday, March 9, 2018;

a) <u>Amend Pleadings/Add Parties</u>. Closed.

b) <u>Initial Experts disclosure deadline.</u> Closed

c) <u>Rebuttal Expert Disclosure Deadline.</u> Wednesday, February 7, 2018

d) <u>Interim Status Report.</u> Closed. Filed with the Court on September 25, 2017.

e) <u>Dispositive Motions.</u> The deadline to file dispositive motions will be on or before Friday, April 6, 2018. This date does not exceed the outside limit of 30 days following the Discovery cut-off date pursuant to Local Rule 26-1(e)(4).

f) <u>Pre-trial Order.</u> The pre-trial order shall be filed by Friday, May 4, 2018, which is not more than 30 days after the date set for filing dispositive motions. This deadline is suspended if dispositive motions are timely filed until 30 days after decision id rendered or until the Court further orders.

The parties acknowledge that this request is outside the 21 day presumptive limit for extending discovery deadlines. However, because the mediation date could only recently be finalized, the parties respectfully submit this constitutes excusable neglect.

///
///
///
///
///
///
///
///

g) <u>Extensions or Modifications of the Discovery Plan and Scheduling Order.</u> Any stipulation or motion must be made no later than 21 days prior to the deadline to be extended; and must be supported by a showing of good cause for the extension.

| DATED this __ day of _____, 2017. | DATED this __ day of _____, 2017. |
|---|---|
| BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorney for Defendants* | RALPH A. SCHWARTZ, ESQ.<br>Nevada Bar No.: 005488<br>RALPH A. SCHWARTZ, P.C.<br>400 South Seventh Street, Suite 100<br>Las Vegas, NV 89101<br>T: 702-888-5291<br>F: 702-888-5292<br>mail@888law1.com<br>*Attorneys for Plaintiff44* |

**ORDER**

IT IS SO ORDERED.

Dated: November 21, 2017

_____
U.S. MAGISTRATE JUDGE