1 BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2 JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
3 **STEPHENSON & DICKINSON, P.C.**
4 2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
5 Telephone: (702) 474-7229
Facsimile: (702) 474-7237
6 email: admin@sdlawoffice.net

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual, | CASE NO.: 2:16-CV-02694-RFB-NJK |
| Plaintiffs, | |
| vs. | |
| GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL ORDER** |
| Defendants. | |

The current deadline for filing the pretrial order is October 1, 2018 (Docket No. 39). The parties, through their undersigned counsel, stipulate and agree to extend the deadline 14 days or until October 15, 2018. The parties have been diligently working together to attempt to agree on as many

///
///
///

1

facts and exhibits as possible and the extra time will assist in getting this accomplished.

Dated this 1st day of October, 2018                    Dated this 1st day of October, 2018


/s/ Ralph A. Schwartz                                  /s/ Bruce Scott Dickinson
RALPH A. SCHWARTZ, ESQ.                                BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 005488                                  Nevada Bar No.: 002297
RALPH A. SCHWARTZ, P.C.                                JAMIESON N. POE, ESQ.
400 South Seventh Street, Suite 100                    Nevada Bar No. 008228
Las Vegas, NV 89101                                    STEPHENSON & DICKINSON
T: 702-888-5291                                        2820 West Charleston Blvd., Suite 17
F: 702-888-5292                                        Las Vegas, NV 89102
Attorneys for Plaintiff                                T: 702-474-7229
                                                       F: 702-474-7237
                                                       Attorney for Defendants

## ORDER

**It is so ordered this  2   day of   October      , 2018.**

_____
**U.S. MAGISTRATE JUDGE**