RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; MARIA O. GONZALEZ, an individual; BERENICE M. GONZALEZ, an individual; LAURA ROCHA, an individual; EDUARDO GONZALEZ-CHAVEZ, an individual; LILIANA GRAMAJO, a Minor, by and through her parent and natural guardian ILSA GRAMAJO; ALEXIS O. GONZALEZ, a Minor, by and through his parent and natural guardian MIGUEL A. GLEZ; GIOVANNY A. GONZALEZ, a Minor, by and through his parent and natural guardian MIGUEL A. GLEZ; ANGEL E. GONZALEZ, a Minor, by and through his parent and natural guardian EDUARDO GONZALEZ; LEONARDO GONZALEZ, a Minor, by and through his parent and natural guardian EDUARDO GONZALEZ;<br><br>Plaintiff,<br><br>vs.<br><br>GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | CASE NO.: 2:16-cv-02694-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROOF OF MINOR'S BLOCKED TRUST ACCOUNT** |

1

Defendants.

COMES NOW Plaintiff, MIGUEL A. GONZALEZ, by and through his counsel of record, RALPH A. SCHWARTZ, ESQ., and Defendants, by and through their counsel of record, BRUCE S. DICKINSON, ESQ., and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline to file Proof of the establishment of the Minor's Blocked Trust Account for Plaintiff, A.O.G., be continued for forty-five days; from April 2, 2019 to May 17, 2019. The reason for the request is that Defendants' attorney is not yet in receipt of the settlement check from its carrier, and therefore an extension is respectfully requested in order to receive the settlement check and open the minor's blocked trust account.

| | |
|---|---|
| Dated this 2nd day of April, 2019. | Dated this 2nd day of April, 2019. |
| RALPH A. SCHWARTZ, P.C. | STEPHENSON & DICKINSON |
| /s/ Ralph A. Schwartz, Esq. | /s/ Bruce S. Dickinson, Esq. |
| RALPH A. SCHWARTZ, ESQ.<br>Nevada Bar No. 5488<br>400 South Seventh Street, Suite 100<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiffs | BRUCE S. DICKINSON, ESQ.<br>Nevada Bar No. 2297<br>2820 West Charleston Blvd., Suite 19B<br>Las Vegas, Nevada 89102<br>Attorneys for Defendants |

## ORDER

Pursuant to the foregoing Stipulation of the parties;

IT IS HEREBY ORDEREED that the deadline to file Proof of the establishment of the Minor's Blocked Trust Account for Plaintiff, A.O.G., shall be continued for forty-five days; from

/ / /

2

April 2, 2019 to May 17, 2019.

Dated this 5th day of April, 2019



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted By:

RALPH A. SCHWARTZ, P.C.


*/s/ Ralph A. Schwartz, Esq.*
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Plaintiffs