UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; MARIA O. GONZALEZ, an individual; BERENICE M. GONZALEZ, an individual; LAURA ROCHA, an individual; EDUARDO GONZALEZ-CHAVEZ, an individual; LILIANA GRAMAJO, a Minor, by and through her parent and natural guardian ILSA GRAMAJO; ALEXIS O. GONZALEZ, a Minor, by and through his parent and natural guardian MIGUEL A. GLEZ; GIOVANNY A. GONZALEZ, a Minor, by and through his parent and natural guardian MIGUEL A. GLEZ; ANGEL E. GONZALEZ, a Minor, by and through his parent and natural guardian EDUARDO GONZALEZ; LEONARDO GONZALEZ, a Minor, by and through his parent and natural guardian EDUARDO GONZALEZ;<br><br>Plaintiff,<br><br>vs.<br><br>GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | CASE NO.: 2:16-cv-02694-RFB-NJK<br><br>**ORDER TO DISBURSE FUNDS FROM COMPROMISE OF MINOR'S CLAIM**<br><br>(Docket No. 66) |

1

| | |
|---|---|
| | Defendants. |

This matter having come on regularly before the above entitled Court, upon the verified petition herein, the Court being fully advised and good cause appearing therefrom,

IT IS HEREBY ORDERED , ADJUDGED AND DECREED that as Alexis O. Gonzalez ("A.O.G.") is now an adult, having reached the age of eighteen years, it is hereby ordered that the blocked trust account at Wells Fargo Bank be closed and the money distributed to Alexis O. Gonzalez ("A.O.G.").

Dated this __27__ day of __March_____, 2020.

_____
U.S. MAGISTRATE JUDGE