# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, et al., <br>     Plaintiff(s), <br> v. <br> GORDON WESLEY THOMAS, et al., <br>     Defendant(s). | Case No.: 2:16-cv-02694-NJK <br><br> **ORDER** |

On March 24, 2020, this case was referred to the undersigned magistrate judge upon the parties' consent. Docket No. 70. The parties are hereby **ORDERED** to file a joint status report identifying with particularity the claims that remain pending and a schedule for advancing those claims to resolution. The status report must be filed by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

                                                Nancy J. Koppe <br>
                                                United States Magistrate Judge