# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, *et al.*, <br>     Plaintiffs, <br> v. <br> GORDON WESLEY THOMAS, *et al.*, <br>     Defendants. | Case No.: 2:16-cv-02694-NJK <br><br> **ORDER** |

On October 15, 2018, the parties filed a joint proposed pretrial order in the instant case. Docket No. 45. On March 24, 2020, after the parties consented to proceeding before a United States Magistrate Judge, the instant case was referred to the undersigned. *See* Docket No. 70.

Given the amount of time that has passed, and the change in circumstances, since the parties filed their joint proposed pretrial order, the Court orders the parties to submit an updated joint proposed pretrial order no later than May 18, 2020. The updated joint proposed pretrial order must be complete in and of itself and must not rely upon the prior submission at Docket No. 45.

IT IS SO ORDERED.

Dated: May 11, 2020

                                                                      Nancy J. Koppe <br>
                                                                      United States Magistrate Judge