RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; MIGUEL A. GONZALEZ, an individual; et al.,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02694-NJK |

### ORDER COMPROMISING A MINOR'S CLAIM

Upon the Application of EDUARDO GONZALEZ for Compromise of a Minor's Claim, and good cause appearing,

That the allegations in said Petition are fully proved and it further appearing to the satisfaction of the Court that the best interest of said minor child, A.E.G., a minor, nine (9) years of age, whose birth year is 2008, will be promoted by said compromise as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Petition for

1

Compromise of a Minor's Claim be and the same is hereby approved in the sum of SIX HUNDRED DOLLARS AND NO CENTS ($600.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that authorization to establish the blocked trust account for the benefit of the herein named minor is hereby given to the Petitioner, EDUARDO GONZALEZ, and the law firm of Ralph A. Schwartz, P.C. or its representative.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the proceeds of the compromise received on behalf of A.E.G, from MOHAVE TRANSPORTATION INSURANCE COMPANY in the amount of $600.00 be apportioned as follows:

| | |
|---|---:|
| **SETTLEMENT AMOUNT** | **$600.00** |
| Attorney's Fees (waived) | $ 0.00 |
| Attorney's Costs | $ 60.29 |
| **TOTAL NET TO A.E.G.** | **$539.71** |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-mentioned proceeds to be paid as attorney's fees are to be calculated from the gross settlement and are to be calculated before the deduction of costs, medical or other expenses. The above-stated costs are to be reimbursed to the law firm of RALPH A. SCHWARTZ, P.C. and shall be calculated after the deduction of attorney's fees but before deduction of medical or other expenses;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that EDUARDO GONZALEZ, as parent and natural guardian, of A.E.G., a minor, shall deposit the sum of FIVE HUNDRED THIRTY-NINE DOLLARS AND SEVENTY-ONE CENTS ($539.71) into a blocked, interest bearing account with Wells Fargo Bank, 1121 Las Vegas Blvd. South, Las Vegas, Nevada 89104, a federally insured bank in the State of Nevada, with the provision that

there be no withdrawals from said account without a prior Order from this Court and until the eighteenth birthday of A.E.G. which is in 2026;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that funds deposited in the blocked account shall not be liquidated or diminished prior to the minor reaching the age of eighteen (18) years without Court approval upon a showing that the withdrawal is in the best interest of the minor child. A final accounting will be made prior to release of funds upon the eighteenth birthday of the child;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Petitioner, EDUARDO GONZALEZ, as parent and natural guardian, and Ralph A. Schwartz, P.C. shall cause, within sixty (60) days of the date of this order, proof to be filed with this Court that the blocked trust account has been established;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the trustee or Petitioner, EDUARDO GONZALEZ, may be ordered by this Court to file periodic verified annual reports, should the Court deem it appropriate, in order to detail the activities of the blocked trust account during the previous twelve (12) months pursuant to NRS 41.200(5).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a status check before this Court is set for November 4, 2020, at 10:00 a.m. in Courtroom 3C to show compliance with this Order. In the event the proof of compliance has been filed with this Court, it will not be necessary for the Petition or Ralph A. Schwartz, P.C. to attend this status check hearing.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Petitioner, EDUARDO GONZALEZ, is hereby allowed to continue to serve as parent and natural guardian for the minor child, without bond, for the limited purpose of administering funds of the

3

minor child, as provided herein.

DATED AND DONE this __04__ day of __September__ 2020.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**

Submitted By:

**RALPH A. SCHWARTZ, P.C.**

_____
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada  89101
*Attorney for Petitioner*

4