BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HENRY LUJAN, an individual; et al<br><br>Plaintiffs,<br><br>vs.<br><br>GORDON WESLEY THOMAS, an individual; SWIFT TRANSPORTATION COMPANY, an Arizona corporation; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02694-NJK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, HENRY LUJAN, and Defendants, GORDON WESLEY THOMAS, SWIFT TRANSPORTATION COMPANY; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, by and through their respective attorneys

. . . .

. . . .

. . . .

. . . .

. . . .

1

of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

DATED this 4th day of September, 2020.   DATED this 4 day of September, 2020.

STEPHENSON & DICKINSON, P.C.            RALPH A. SCHWARTZ, P.C.

By: /s/ Bruce Scott Dickinson            By: /s/ Ralph Schwartz
BRUCE SCOTT DICKINSON, ESQ.              RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 002297                    Nevada Bar No. 005488
JAMIESON N. POE, ESQ.                    400 South Seventh Street, Suite 100
Nevada Bar No. 008228                    Las Vegas, NV 89101
2820 West Charleston Boulevard, Suite    T: 702-888-5291
B-17                                     F: 702-888-5292
Las Vegas, Nevada 89102                  mail@888law1.com
P: (702) 474-7229                        *Attorneys for Plaintiff*
F: (702) 474-7237
admin@sdlawoffice.net
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED this 4th day of September, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2