# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HENRY LUJAN, et al.,

    Plaintiff(s),

v.

GORDON WESLEY THOMAS, et al.,

    Defendant(s).

Case No.: 2:16-cv-02694-NJK

**Order**

The Court previously set a status check for November 4, 2020. Docket No. 81. Due to conflicting duties of the Court, that status check is CONTINUED to 10:00 a.m. on November 17, 2020.

IT IS SO ORDERED.

Dated: September 9, 2020

_____
Nancy J. Koppe
United States Magistrate Judge