**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HENRY LUJAN, et al.,

     Plaintiff(s),

v.

GORDON WESLEY THOMAS, et al.,

     Defendant(s).

Case No.: 2:16-cv-02694-NJK

**ORDER**

The Court previously issued an order compromising Plaintiff A.E.G.'s claim in this action and ordering Plaintiff Eduardo Gonzalez to open a blocked trust account on behalf of Plaintiff A.E.G.  Docket No. 81.  A status check is currently set for November 17, 2020.  Docket No. 83. Plaintiff Eduardo Gonzalez has now filed confirmation that he opened a blocked trust account on behalf of Plaintiff A.E.G.  Docket No. 84.  Accordingly, the status check set for November 17, 2020 is **VACATED**.

IT IS SO ORDERED.

Dated: October 16, 2020

_____
Nancy J. Koppe
United States Magistrate Judge